IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM G. LETT; MARIA LETT,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CROWN CORK & SEAL COMPANY, INC.;<br>GUARD-LINE, INC.,<br><br>　　　　Defendants. | Civil Action No. 3:14-cv-00860-B |

## JOINT STATUS REPORT

On April 18, 2014, this Court requested that the parties submit a joint status report advising the Court of their views on whether the following three cases should be consolidated: *Lett, et al. v. Crown Cork & Seal Company, et al.*, Case No. 3:14-cv-860-B, *Lusk v. Crown Cork & Seal Company, Inc., et al.*, Case No. 3:14-cv-0861-B, and *White v. Crown Cork & Seal Company, Inc., et al.*, Case No. 3:14-cv-0862-B.

The parties believe that it would be most efficient for this Court to consolidate the cases solely for purposes of the currently scheduled summary judgment briefing. This anticipated summary judgment briefing is likely to primarily involve common questions of law, so consolidation would be appropriate. If this Court orders consolidation, the parties will file only one motion for summary judgment for all three cases (and, consequently, only one response and one reply).

DATED: April 23, 2014                    Respectfully submitted,

                                                                           **WATERS & KRAUS, LLP**

    /s/ *Kyle G. Cole*
KYLA G. COLE
State Bar No. 24033113
kcole@waterskraus.com
SYMONE REDWINE
State Bar No. 24083713

3219 McKinney Avenue
Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 357-7252 Fax

ATTORNEYS FOR PLAINTIFFS

    /s/ *James C. Ho*
James C. Ho
State Bar No. 24052766
Prerak Shah
State Bar No. 24075053
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
Tel.:  (214) 698-3264
Fax:  (214) 571-2917
*jho@gibsondunn.com*
*pshah@gibsondunn.com*

COUNSEL FOR DEFENDANT CROWN CORK & SEAL COMPANY, INC.

2

/s/ *Nathan A. Bosio*
NATHAN A. BOSIO
State Bar No. 24061238
nbosio@dwwattorneys.com
Dogan & Wilkinson, PLLC
734 Delmas Avenue (39567)
P. O. Box 1618
Pascagoula MS  39568-1618
Tel:  (228) 762-2272
Fax:  (228) 762-3223

COUNSEL FOR DEFENDANT
GUARD-LINE, INC.